*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*




# MEMORANDUM OPINION

No. 04-08-00610-CR

Patricia **LEOS** a/k/a Patricia Leos Martinez,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2002-CR-8105
Honorable Mary Roman, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:   September 17, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of

appeal.  The motion is granted and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH